UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

WALTER S. PATRICK,  )
  )
    Plaintiff,  )
  ) NO. CV-07-3099-CI
  v.  )
  )
MICHAEL J. ASTRUE,  ) **JUDGMENT IN A**
Commissioner of Social Security,  ) **CIVIL CASE**
  )
    Defendant.  )
_____)

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED.** The matter is **REMANDED** to the Commissioner for additional proceedings, pursuant to sentence four of 42 USC § 405(g). Defendant's Motion for Summary Judgment is **DENIED**, and Judgment is entered for Plaintiff.

DATED this 6th day of January, 2009.

                                        JAMES R. LARSEN
                                        District Court Executive/Clerk

                                        s/ L. Stejskal
                                        Deputy Clerk